# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 11 CR 325 - 3 | **DATE** | 5/24/2011 |
| **CASE TITLE** | United States of America vs. Israel Melchor-Quintana | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant acknowledges receipt of indictment. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty. 16.1(a) conference to be filed on or before 6/1/11. Pretrial motions to be filed on or before 6/14/11. Response to be filed on or before 7/5/11. Status hearing before Judge Lefkow set for 7/6/11 at 9:00 a.m. Order time excluded to and including 7/6/11 for the consideration of pretrial motions pursuant to 18 U.S.C. Section 3161(h)(1)(D). Defendant to remain in custody pending further order of the Court. (X-E)

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | VKD |
|---|---|---|